UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS BLACKWELL,<br><br>                          Plaintiff<br><br>    v.<br><br>JAMES DZURENDA et al.,<br><br>                         Defendants | Case No. 3:19-cv-00636-MMD-CLB<br><br>ORDER |

**I.    DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until Wednesday, October 28, 2020, to file his updated address with this Court. If Plaintiff does not update the Court with his current address on or before Wednesday, October 28, 2020, the Court will dismiss this action without prejudice.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court on or before Wednesday, October 28, 2020.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

DATED THIS  28th day of September 2020.

_____
UNITED STATES MAGISTRATE JUDGE